IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA      :
                              :
       v.                     :       1:12CR23-1
                              :
ANTWAN O'BRIAN LLOYD           :

FACTUAL BASIS

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

On March 25, 2011, officers with the Scotland County Sheriff's Department executed a search warrant at the residence of the defendant located at 9100 Tartan Rd, Laurinburg, North Carolina, after an informant purchased cocaine base from the defendant at that residence. The defendant was found inside the residence when the search warrant was executed. During the search, officers located a Harrington & Richardson, Inc., .32 caliber handgun in a bedroom which contained various items belonging to the defendant, including tax documents in the defendant's name. They also located various types of ammunition, marijuana, digital scales and other drug paraphernalia. The defendant was advised of his rights and admitted that he had been selling cocaine base for approximately "a year." While the defendant never expressly claimed ownership of the firearm, he

did admit that he knew that it was in the house, and that he had "handled" it on numerous occasions.

The defendant was previously convicted of sale and delivery of a Schedule II controlled substance, a class "G" felony under North Carolina law, and was sentenced to a term of imprisonment of 16-20 months on July 26, 2006.

On June 29, 2011, ATF Special Agent Donald Baucom successfully test fired the firearm. He examined the weapon and determined that it was manufactured outside of North Carolina. The defendant has not received a pardon or had his right to possess a firearm restored

This the 7th day of May, 2012.

          Respectfully submitted,
          RIPLEY RAND
          United States Attorney


          /S/ TERRY M. MEINECKE
          Assistant United States Attorney
          NCSB #27586
          United States Attorney's Office
          Middle District of North Carolina
          P.O. Box 1858
          Greensboro, NC  27402
          Phone:  336/333-5351
          E-mail: Terry.Meinecke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:12CR23-1 |
| | : | |
| ANTWAN O'BRIAN LLOYD | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Mark Jones, Esq.

/S/ TERRY M. MEINECKE
Assistant United States Attorney
NCSB #27586
United States Attorney's Office
Middle District of North Carolina
P.O. Box 1858
Greensboro, NC  27402
Phone:  336/333-5351
E-mail: Terry.Meinecke@usdoj.gov