# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 1:12CR23-1 |
| ANTWAN O'BRIAN LLOYD | ) |
| | ) USM No: 28300-057 |
| Date of Original Judgment: August 21, 2012 | ) |
| Amended: August 30, 2013 (Rule 35(b)) | ) |
| | *Defendant's Attorney* |

FILED JAN 21 2016, Clerk U.S. District Court, Greensboro, NC

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED

*(Complete Parts I and II of Page 2 when motion is granted)*

The motion is denied as moot because the defendant does not qualify for a sentence reduction pursuant to USSG § 1B1.10 due to the fact the final offense level was derived from the career offender guideline.

Except as otherwise provided, all provisions of the judgment dated August 21, 2012, and August 30, 2013 (Rule 35(b)), shall remain in effect.

**IT IS SO ORDERED.**

Order Date: JAN 21 2016

*William L. Osteen, Jr.*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

William L. Osteen, Jr., Chief United States District Judge
*Printed name and title*